change in circumstances with respect to the wife or child on proper papers. Settle order on notice. Concur — Breitel, J. P., Botein, Cox and Frank, JJ. [See post, p. 950.]

HORST VON ROEBEL et al., Copartners Doing Business under the Name of ROB FORBERG, on Behalf of Themselves and All Other Similarly Situated Persons Having Publisher Affiliation and Royalty Agreements with Sesac, Inc., Appellants, v. SESAC, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Cox and Frank, JJ. [See post, p. 949.]

ESSLEY SHIRT COMPANY, INC., Respondent, v. WILLIAM M. LYBRAND et al., Appellants.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Cox and Frank, JJ.

MAUREEN FITZGERALD, an Infant, by David FITZGERALD, Her Guardian ad Litem, et al., Appellants, v. SOUTH NORWALK TRUST Co., as Executor of FRANCIS TUTTLE, Deceased, Respondent.— Ordinarily, we would not interfere with the exercise of discretion of a judge presiding in the calendar part in denying an application for a two-year advance of a case on the Tort Calendar. However, special circumstances appear to be present in this case. The brain damage claimed here is epileptic in nature. There were no manifestations of the condition for some months after the Municipal Court action was commenced. It is evident that protracted medical examinations would be required before a determination could be made of causal relationship. In view of all of these special circumstances, the order of the court below is unanimously modified to grant the application to place the action on the Tort Jury Calendar with issues noticed for the February, 1953, term upon payment of the required fees and the order, as so modified, is affirmed. Settle order on notice. Concur — Breitel, J. P., Botein, Cox and Frank, JJ.

BECKER, ROSS & STONE, Appellants, v. MAXWELL M. KLEIN et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Cox and Frank, JJ.

BECKER, ROSS & STONE, Appellants, v. MAXWELL M. KLEIN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the inspection to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Cox and Frank, JJ.

ABE WEISTROP, Individually and as a Stockholder of Necchi Sewing Machine Sales Corp., Suing in Behalf of Himself and All Other Stockholders of Said Corporation and for the Benefit of Said Corporation, Plaintiff-Appellant, v. NECCHI SEWING MACHINE SALES CORP. et al., Respondents, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Cox and Frank, JJ.

ABE WEISTROP, Individually and as a Stockholder of Necchi Sewing Machine Sales Corp., Suing in Behalf of Himself and All Other Stockholders of Said Corporation and for the Benefit of Said Corporation, Respondent, v. NECCHI SEWING MACHINE SALES CORP. et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Cox and Frank, JJ.

RENE LEIBOWITZ, Respondent, v. VOX PRODUCTIONS, INC., Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed